**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 1, 2026

**By ECF**
The Honorable Robert W. Lehrburger
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Lee v. Board of Governors of the Federal Reserve System, No. 26 Civ. 4556 (AT) (RWL)*

Dear Judge Lehrburger:

This Office represents Defendant Board of Governors of the Federal Reserve System (the "Federal Reserve") in the above captioned action, which Plaintiff brings pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). I write on behalf of both parties pursuant to this Court's order of July 8, 2026, ECF No. 13.

Plaintiff Matthew Russell Lee brings this FOIA action to compel the Federal Reserve to disclose records concerning its review of the application for regulatory approval by Enova International, Inc. (See ECF No. 4 ("Complaint")). Specifically, Plaintiff seeks the Federal Reserve to release information that it withheld pursuant to certain FOIA exemptions, in an eight-page additional information letter that it sent to Enova. (*See id.* ¶ 1).[1]

The parties respectfully request that they be relieved of the requirement to complete and file a Proposed Civil Case Management Plan and Scheduling Order. ECF No. 13. Pursuant to Local Civil Rule 16.1, cases involving reviews from administrative agencies, including FOIA cases like this one, are generally exempted from the mandatory scheduling order requirement. Moreover, courts in this district regularly exempt FOIA cases from scheduling order requirements, *see, e.g.*, *CCR v. DOD*, 25 Civ. 6214 (RWL), ECF No. 36 (endorsing request from parties to FOIA case seeking to dispense with Rule 26(f) report in FOIA action and instead directing the parties to file joint status reports every 60 days), as FOIA cases typically do not involve discovery and are resolved at summary judgment. *See Carney v. DOJ*, 19 F.3d 807, 812 (2d Cir. 1994).

The parties respectfully request that, following the September 10 conference,[2] they be afforded 30 days to attempt to resolve the issue concerning the withholdings and that, if such

[1] The Federal Reserve Board originally produced the letter to Plaintiff, in redacted form, pursuant to its rules against ex parte communications. The letter is attached hereto as Exhibit A.

[2] Plaintiff respectfully requests that the September 10 conference be held in person, rather than by Microsoft Teams, as scheduled. The Federal Reserve believes that there is no need for the court

issue is not resolved, they will then submit a proposed schedule for summary judgment motion practice to the Court.

We thank the Court for its attention to this matter.

Respectfully,

JAMES M. MCDONALD
United States Attorney for the Southern District of New York

By: /s/ *Tara Schwartz*
Tara Schwartz
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2633
Email: Tara.Schwartz@usdoj.gov
*Counsel for Defendant*

cc: Plaintiffs' Counsel (By ECF)

---

to convert the conference to be in person, and that the conference should proceed as previously scheduled.