UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MATTHEW RUSSELL LEE, Plaintiff, - against - BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, Defendant. | : | 26-CV-4556 (AT) (RWL) **ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the initial case management conference held on September 10, 2026 via Microsoft Teams:

1. By **September 11, 2026**, the Government shall file a letter regarding the propriety of the Court's requesting submission of the fully unredacted document at issue for in camera review at the time the Government files its opening letter brief. Any response from Plaintiff shall be filed by Tuesday, **September 15, 2026**.

2. By **September 24, 2026**, the Government shall file a letter brief of no more than 5 pages (excluding exhibits and declarations) providing its arguments against disclosure.

3. Plaintiff shall file his opposing letter brief of no more than 5 pages (excluding exhibits and declarations) by **October 8, 2026** (Plaintiff may of course file his opposition any time before that deadline).

4. Any reply shall be filed by the Government within 7 calendar days from the day Plaintiff files his opposition brief.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 10, 2026
New York, New York

Copies transmitted this date to all parties of record.