UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MATTHEW RUSSELL LEE,

Plaintiff,

- against -

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,

Defendant.

---------------------------------------------------------------X

26-CV-4556 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has received and reviewed the Government's letter motion for summary judgment, the supporting declaration, and the at-issue document submitted for in camera review. The Court has also received and reviewed Plaintiff's opposition but was able to reach the instant decision without it. (*See* Dkt. 21-23.)

It is readily apparent from review of the document that most of it is not information subject to FOIA exemptions 4 and 6. In the interest of efficiency and the timing concerns raised by Plaintiff, and because any reply will not add anything of substance, the Court issues this summary decision without any further briefing by the parties.

The document at issue is a letter from the Federal Reserve to the applicant requesting additional information about the background and financial disclosures pertaining to proposed executive officers (the "Letter Request"). Although the initial information submitted by the applicant prior to the Letter Request was included in a volume of materials designated as confidential by the applicant, most of the Letter Request contains generic or otherwise non-confidential requests, instructions, and descriptions of what information was already provided or is to be provided. The Letter

Request does contain a handful of references to personally identifying information such as addresses or to specific dollar amounts related to individual personal finances. That discrete information may properly be redacted. But the current blanket redaction applied to the Letter Request is far too overbroad. *See Intercept Media Inc. v. National Park Service*, No. 23-CV-10922, 2024 WL 5009310, at *17 (S.D.N.Y. Dec. 6, 2024) (ordering unredaction after in camera review and stating that "it is readily apparent to the Court that the scale of redactions far exceeds that which is warranted"); *New York Times Co. v. United States Department of Justice*, No. 19-CV-1424, 2022 WL 2304173, at *5 (S.D.N.Y. June 27, 2022) (ordering unredaction after in camera review and stating "the Court finds that Defendant has improperly withheld from disclosure certain non-commercial information under the guise of Exemption 4").

Accordingly, by **October 2, 2026**, the Federal Reserve shall produce to the Plaintiff a new version of the Letter Request that redacts only targeted, specific, discrete confidential information such as addresses, dollar amounts, and the like.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 21.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 25, 2026
New York, New York

Copies transmitted this date to all parties of record.