USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: _10/5/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW RUSSELL LEE,

Plaintiff,

-against-

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,

Defendant.

26 Civ. 4556 (AT) (RWL)

**AMENDED ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

ANALISA TORRES, District Judge:

The above-entitled action is referred to the Honorable Robert W. Lehrburger for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute<br><br>__________________ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br><br>_________________________ | ☐ | Habeas Corpus |
| ☐ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☒ | **Dispositive Motion (i.e., motion requiring a Report and Recommendation)**<br>**Particular Motion: Summary Judgment (ECF Nos. 21, 22, 23)** |

SO ORDERED.

Dated: October 5, 2026
New York, New York

ANALISA TORRES
United States District Judge