USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2026

**U.S. De**

*United S*
*Southern*

*86 Chambers Street*
*New York, New York 10007*

October 16, 2026

**BY ECF**
The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Lee v. Board of Governors of the Federal Reserve System*,
No. 26 Civ. 4556 (AT) (GWL)

Dear Judge Torres:

This Office represents Defendant Board of Governors of the Federal Reserve System (the "Board") in the above captioned action, which Plaintiff brings pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). I write, respectfully, with Plaintiff's consent, to request a one-week extension of the Board's October 20, 2026 deadline to submit objections to Magistrate Judge Lehrburger's report and recommendation, to October 27, 2026.

As background, *pro se* Plaintiff Matthew Russell Lee brings this FOIA action to compel the Board to disclose records concerning its review of the application for regulatory approval by Enova International, Inc. (*See* ECF No. 4 ("Complaint")). Specifically, Plaintiff seeks the Board to release information that it withheld, pursuant to FOIA exemptions, in an eight-page additional information letter that it sent to Enova ("AI Letter"). (*See id*. ¶ 1).

On September 24, 2026, the Board filed a motion for summary judgment pursuant to a schedule set by Magistrate Judge Lehrburger. *See* ECF Nos. 17, 21-22. On October 5, 2026, the Court referred the government's summary judgment motion to Magistrate Judge Lehrburger for a report and recommendation. ECF No. 29. Magistrate Judge Lehrburger issued his report and recommendation on October 6, 2026. ECF No. 30. Accordingly, at present, the Board has until October 20, 2026, to submit objections to the report and recommendation. *See id*. at 4.

The Board requests an additional week, or until October 27, 2026, to submit its objections to the report and recommendation. The Board has been reviewing the AI Letter and consulting with Enova about what, if any, redactions, made pursuant to FOIA exemptions, the Board may be able to lift. The reason for the requested extension is that the Board needs additional time to evaluate which redactions it can lift, which will impact the scope of the Board's objections to the

report and recommendation. Plaintiff has consented to the Board's request for a one-week extension.[1]

I thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *<u>/s/ Tara Schwartz</u>*
TARA SCHWARTZ
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2633
Email: tara.schwartz@usdoj.gov
*Counsel for Defendant*

cc: Plaintiff (via ECF)

GRANTED. By **October 27, 2026**, Defendant shall file file its objections to the report and recommendations.

SO ORDERED.

Dated: October 19, 2026
New York, New York

ANALISA TORRES
United States District Judge

[1] The Board originally asked if Plaintiff would consent to a request for a two-week extension of its time to file objections to the report and recommendation. Plaintiff responded indicating that he could not consent to two weeks but that faced with a request for a two-week extension, he would consent to one week. Plaintiff notes that he is a journalist, and the records he seeks are newsworthy and time-sensitive; the value of the information declines with delay. Plaintiff first requested the records from the Board in February 2026, so the request has been pending for more than eight months. One week was agreed to only as a matter of collegiality with counsel and not because the Board has shown a reason for delay.